UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| THOMAS ROMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CVS PHARMACY, INC., AGENT FOR LONGS DRUG STORE OF CALIFORNIA, a Rhode Island Corporation, and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Case No. 3:20-cv-04764-EMC<br><br>**Judge Edward M. Chen**<br><br>**[PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**<br><br>**CASE SETTLED** |

**[~~PROPOSED~~] ORDER**

Based upon the joint stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice as to all of Plaintiff's claims. Each party will bear their own attorneys' fees and costs.

DATED: March 10, 2022

_____
Hon. Edward M. Chen
United States District Court Judge

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

-2-    Case No. 3:20-cv-04764-EMC
[~~PROPOSED~~] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE